AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| KEITH DONALD FRANKLIN,<br>*Plaintiff*<br>v.<br>MORGAN PROPERTIES PAYROLL SERVICES, INC.,<br>*Defendants* | )<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-00737-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ judgment is entered in favor of the defendant, Morgan Properties Payroll Services, Inc., as to the fifth cause of action. The plaintiff, Keith Donald Franklin, shall take nothing of the defendant, Morgan Properties Payroll Services, Inc., as to the fifth cause of action, and this action is dismissed with prejudice as to that cause.

■ the plaintiff, Keith Donald Franklin, take nothing of the defendant, Morgan Properties Payroll Services, Inc., as to the first through fourth cause of actions, and this action is dismissed with prejudice as to those causes.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having adopted the Reports and Recommendations of US Magistrate Judge Shiva V. Hodges, granting defendant's partial motion for judgment on the pleadings, and recommending dismissal for failure to prosecute.

Date: January 12, 2023

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*